

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2015

No. 04-14-00551-CV

Pablo **SOLIZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 14-02-16542-CV
David Wellington Chew, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a motion for rehearing is granted. We order any motion for rehearing due September 5, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court